J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California 94612
Tel.:    (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendants
ALAMEDA COUNTY AGRICULTURAL FAIR ASSOCIATION
and COUNTY OF ALAMEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SOUL FOOD COOKOUT AND FESTIVAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY AGRICULTURAL FAIR ASSOCIATION, a California non-profit corporation; the COUNTY OF ALAMEDA, a government entity; and DOE 1-20,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) (FEDERAL QUESTION)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendants ALAMEDA COUNTY AGRICULTURAL FAIR

ASSOCIATION and COUNTY OF ALAMEDA remove the above-captioned action from the Superior

Court of the State of California in and for the County of Alameda to this Court pursuant to 28 U.S.C. §§

1331, 1441, and 1446 based on the following grounds.

## BACKGROUND

1. On May 30, 2023, Plaintiff California Soul Food Cookout and Festival, Inc. filed a

Complaint against Defendants in the Superior Court of the State of California, County of Alameda,

titled *California Soul Food Cookout and Festival, Inc. v. Alameda County Agricultural Fair Association*

1

*and County of Alameda, and Does 1-20,* Case No. 23CV034510 (the "Complaint").  A true copy of the Complaint is attached to this notice as Exhibit 1.  The allegations of the Complaint in the action are incorporated by reference in this Notice of Removal without necessarily admitting any of them.

2.     The Complaint purports to assert seven causes of action for relief stemming from an alleged breach of contract and between Plaintiff and Defendant Alameda County Agricultural Fair Association. Simply stated, the contract granted Plaintiff a license to use certain facilities on the fairgrounds on or about September 16-19, 2022. Specifically, the Complaint alleges causes of action for: (1) breach of said contract with regard to the amphitheater to which the license applied; (2) misrepresentation by Defendant Alameda County Agricultural Fair Association regarding said amphitheater; (3) breach of said contract for failure to extend it through each September in the years 2023, 2024, 2025, and 2026; (4) Constitutional violation of Plaintiff's free speech rights; (5) Constitutional violation of Plaintiff's free speech rights by retaliation; (6) Constitutional violation of Plaintiff's due process rights; and (7) Constitutional violation of the Equal Protection Clause. All seven causes of action are asserted against all Defendants.

## TIMELINESS OF REMOVAL

3.     The Complaint was filed on May 30, 2023.  Defendant Alameda County Agricultural Fair Association received a copy of the Summons and Complaint on June 1, 2023. Defendant County of Alameda received a copy of the Summons and Complaint on May 31, 2023. Therefore, this Notice of Removal is timely as it is filed within 30 days of the first receipt by Defendants of a copy of the Summons and Complaint in this matter.  28 U.S.C. § 1446(b).

4.     Defendants are informed and believe, and on that basis allege, that no other defendant has been served with or otherwise received the Complaint in the action.

## FEDERAL JURISDICTION UNDER 28 U.S.C. § 1331

5.     This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 as Plaintiff alleges four federal claims in this action pursuant to 42 U.S.C. §1983.  The Court has supplemental jurisdiction over the remaining state law claims in this action pursuant to 28 U.S.C. § 1367.  Therefore, this action is removable pursuant to 28 U.S.C. § 1441(a).

///

2

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

**VENUE**

6.   Venue lies in the Northern District of this Court pursuant to 28 U.S.C. § 84(b), 1441(a), and 1446(a).  This action originally was brought in the Superior Court of the State of California, County of Alameda.  The events and conduct at issue occurred within the County of Alameda. Plaintiff alleges in Paragraph 37 of the Complaint that it is a California corporation with its principal place of business in Alameda County. Plaintiff alleges in Paragraph 38 that Defendant Alameda County Agricultural Fair Association is a California corporation with its principal place of business in Alameda County. Defendant County of Alameda is a public entity within the Northern District of this court.

**NOTICE OF REMOVAL**

7.   This Notice of Removal will be promptly served on Plaintiff and filed with the Clerk of the Superior Court of the State of California in and for the County of Alameda.

8.   In compliance with 28 U.S.C. § 1446(a), attached are copies of the state court papers served herein—the Summons and Complaint (Exhibit 1) and the Answer of the Defendants (Exhibit 2).

WHEREFORE, Defendants pray that this civil action be removed from the Superior Court of the State of California, County of Alameda to the United States District Court of the Northern District of California.

Dated:      June 20, 2023                              **ANDRADA & ASSOCIATES**

                                                        */s/ J. Randall Andrada*
                                         By     _____
                                                        J. RANDALL ANDRADA
                                                        Attorneys for Defendants
                                                        ALAMEDA COUNTY AGRICULTURAL
                                                        FAIR ASSOCIATION and COUNTY OF
                                                        ALAMEDA

3

{00125684.DOC/}CFSA 1255
NOTICE OF REMOVAL OF ACTION UNDER U.S.C. §1441(a)