**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
06/15/2023 at 11:22:16 AM
By: Chan Huang,
Deputy Clerk

J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California 94612
Tel.: (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendants
ALAMEDA COUNTY AGRICULTURAL FAIR ASSOCIATION
and COUNTY OF ALAMEDA

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| CALIFORNIA SOUL FOOD COOKOUT AND FESTIVAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY AGRICULTURAL FAIR ASSOCIATION, a California non-profit corporation; the COUNTY OF ALAMEDA, a government entity; and DOE 1-20,<br><br>Defendants. | Case No.: 23CV034510<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE FRANK ROESCH, DEPT 17<br><br>**ANSWER TO COMPLAINT**<br><br>Action Filed: May 30, 2023 |

COMES NOW defendants ALAMEDA COUNTY AGRICULTURAL FAIR ASSOCIATION and COUNTY OF ALAMEDA and answering plaintiff's unverified Complaint ("Complaint") on file herein, admits, denies, and alleges as follows:

Please note that "Plaintiff" refers to each plaintiff as applicable, and to the decedent, if applicable. "Defendants" refer to these answering defendants. The pronouns "he" and "his" include the masculine, feminine, singular, plural, and neuter. "Complaint" refers to the original and all amended complaints.

**GENERAL DENIAL**

Pursuant to California Code of Civil Procedure §431.30, Defendants generally deny each and every cause of action, and the allegations therein, of the Complaint.

1

{00125675.DOC/}CFSA 1255
ANSWER TO COMPLAINT

**EXHIBIT 2**

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

## AFFIRMATIVE DEFENSES

Additionally, these answering defendants allege the following distinct and separate affirmative defenses to plaintiff's Complaint and each and every cause of action therein:

### FIRST AFFIRMATIVE DEFENSE

These answering defendants allege that the Complaint, and each cause of action therein, fail to state facts sufficient to constitute a cause of action against them.

### SECOND AFFIRMATIVE DEFENSE

These answering defendants allege that plaintiff was reckless, negligent, or otherwise legally at fault with respect to the matters referred to in the Complaint, and that this recklessness, negligence, or other legal fault proximately and concurrently caused plaintiff's alleged damages. If plaintiff is entitled to recover any damages against defendant, such recovery should be diminished by, or extinguished in proportion to, plaintiff's degree of recklessness, negligence, or other legal fault.

### THIRD AFFIRMATIVE DEFENSE

These answering defendants allege that plaintiff's alleged damages, if any, were proximately caused, or contributed to, in whole or in part, by the acts, omissions, fault and/or negligence of persons or entities other than defendants, for whom or which defendants are not responsible, and recovery is barred or proportionately reduced as a result by such intervening and superseding cause.

### FOURTH AFFIRMATIVE DEFENSE

These answering defendants allege that the Complaint and each cause of action therein, are barred by the equitable doctrines of waiver, estoppel, unclean hands and/or laches, and because the legal remedy, if any, is adequate.

### FIFTH AFFIRMATIVE DEFENSE

These answering defendants allege, without admitting any liability whatsoever, and without admitting that any damages of any nature were suffered by plaintiff, that plaintiff with full knowledge of all pertinent facts and information, failed to mitigate any damages it might have sustained.

///

2

{00125675.DOC/}CFSA 1255
ANSWER TO COMPLAINT

**EXHIBIT 2**

///

## SIXTH AFFIRMATIVE DEFENSE

Defendants are immune from liability based on the doctrine if qualified immunity. The facts alleged or shown by plaintiff do not make out a violation of a constitutional right. Defendants had no reason to know that their actions and/or omissions violated plaintiff's constitutional rights. Defendants' actions were objectively reasonable.

## SEVENTH AFFIRMATIVE DEFENSE

These answering defendants allege that if any acts or omissions of defendants are proved, that plaintiff provoked or caused such acts or omissions, and those acts or omissions were done with plaintiff's express or implied consent.

## EIGHTH AFFIRMATIVE DEFENSE

These answering defendants allege that the Complaint and each cause of action therein, fail to state facts sufficient to support an award of attorney's fees against these answering defendants.

## NINTH AFFIRMATIVE DEFENSE

These answering defendants allege that the Complaint and each cause of action therein, fail to state facts sufficient to constitute a cause of action for punitive damages. Defendants invoke Civil Code §§ 3294-3295, *City of Newport v. Fact Concerts, Inc.* (1981) 453 US 247, and Government Code Sections 818 and 825(a).

## TENTH AFFIRMATIVE DEFENSE

These answering defendants allege that plaintiff has not been deprived of any rights, privileges, or immunities guaranteed by the laws of the United States or by the laws of the State of California.

## ELEVENTH AFFIRMATIVE DEFENSE

These answering defendants allege that they acted pursuant to a legal right, or pursuant to a good faith belief in the existence of a legal right and that all actions were undertaken in good faith and with reasonable belief that said actions were valid, necessary, and constitutionally proper or privileged.

///

3

{00125675.DOC/}CFSA 1255
ANSWER TO COMPLAINT

EXHIBIT 2

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

**TWELFTH AFFIRMATIVE DEFENSE**

These answering defendants invoke the avoidable consequences doctrine. (CACI 2526.)

**THIRTEENTH AFFIRMATIVE DEFENSE**

Defendants invoke the doctrine of condition precedent.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Defendants invoke the doctrine of unilateral mistake of fact or bilateral mistake of fact.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Defendants contend that their consent was obtained by fraud, duress, concealment, and/or misrepresentation.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Defendants invoke the doctrines of impossibility and/or impracticality of performance.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Defendants contend that plaintiff waived certain obligations of performance on the part of defendants.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Defendants invoke the doctrine of novation.

**NINETEENTH AFFIRMATIVE DEFENSE**

Defendants contend that they would have taken the same alleged action, even in the absence of any motive to retaliate against the plaintiff.

**TWENTIETH AFFIRMATIVE DEFENSE**

These answering defendants allege that the Complaint and each of its causes of action are barred by plaintiff's failure to exhaust its administrative remedies.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

Defendants invoke any and all provisions of the contract between plaintiff and defendants dated on or about September 23, 2021. Said contract is attached to the Complaint as Exhibit A, pages 1-7.

///

///

4

EXHIBIT 2

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

Defendants invoke any and all provisions of Certain Addendums to said contract between plaintiff and defendants dated on or about September 23, 2021, including, but not limited to, Addendums A, B, C, and D. Said Addendums are attached to the Complaint as Exhibit A, pages 8-18.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

Defendants invoke any and all provisions of the Letter of Understanding signed on or about April 9 and 11, 2022. Said Letter is attached to the Complaint as Exhibit B, page 1.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

The plaintiff lacks standing to bring the Fourth, Fifth, Sixth, and Seventh causes of action.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

Defendants contend that the restrictions on free speech, if any, came within their rights to restrain speech based upon time, place, and manner.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

These answering defendants allege that because the Complaint is couched in conclusory terms, defendants cannot anticipate fully all affirmative defenses that may be applicable in this matter. Accordingly, the right to assert additional affirmative defenses, if and to the extent such affirmative defenses are applicable, is hereby reserved.

**DEMAND FOR JURY TRIAL**

These answering defendants demand a trial by jury.

WHEREFORE, defendants pray as follows:

1.    That judgment be rendered in favor of defendants and against plaintiff;

2.    That plaintiff take nothing by reason of the Complaint;

///

///

///

///

///

5

{00125675.DOC/}CFSA 1255
ANSWER TO COMPLAINT

**EXHIBIT 2**

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

3. That defendants be awarded costs of suit and attorney's fees; and

4. For such other relief as this court may deem proper.

Dated:      June 15, 2023                    **ANDRADA & ASSOCIATES**

By _____
J. RANDALL ANDRADA
Attorneys for Defendants
ALAMEDA COUNTY AGRICULTURAL FAIR
ASSOCIATION and COUNTY OF ALAMEDA

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

6

{00125675.DOC/}CFSA 1255
ANSWER TO COMPLAINT

**EXHIBIT 2**

## PROOF OF SERVICE

*California Soul Food Cookout and Festival, Inc. v. Alameda County Agricultural Fair Association, et al.*

Alameda County Superior Court Case No. 23CV034510

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action; that my business address is 1939 Harrison Street, Suite 612, Oakland, California; and that on June 15, 2023, I served a true copy of the foregoing document(s) entitled:

### ANSWER TO COMPLAINT

on the parties in this action as follows:

FLOWE LEGAL, P.C.                    Attorney for Plaintiff
Sean Lowe, Esq.                      CALIFORNIA SOUL FOOD COOKOUT
5317 S. Mullen Avenue                AND FESTIVAL, INC.
Los Angeles, CA  90043
Tel:  (424) 243-5020
sean@Flowe.Biz

__X__    ONLY BY ELECTRONIC TRANSMISSION.  I served the document(s) to the persons at the email address(es) listed above. The email address(es) listed have been confirmed to be correct prior to transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on June 15, 2023, at Oakland, California.

SHERRY PADILLA

1

{00125640.DOC/}CFSA 1255
PROOF OF SERVICE

EXHIBIT 2