FLOWE LEGAL, P.C.
Sean Lowe (Bar No. 295653)
Sean@Flowe.Biz
5317 S Mullen Ave
Los Angeles, CA 90043
Telephone: (424) 243-5020

Attorneys for Plaintiff
CALIFORNIA SOUL FOOD COOKOUT AND FESTIVAL INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SOUL FOOD COOKOUT AND FESTIVAL INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY AGRICULTURAL FAIR ASSOCIATION; THE COUNTY OF ALAMEDA; and DOES 1-20,<br><br>Defendants. | Case No. 4:23-cv-03008-KAW<br><br>**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned counsel of record for the Plaintiff certifies that as of this date, the following persons or entities have a financial interest in the subject matter of this action:

- The plaintiff California Soul Food Cookout and Festival Inc. No publicly held entity owns more than 10% of the Plaintiff, and the Plaintiff has no parent corporation;
- The defendant Alameda County Agricultural Fair Association; and
- The defendant the County of Alameda.

Pursuant to Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there are no associations of persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) an other kind of interest that could be substantially affected by the outcome of the proceeding.

Respectfully submitted,

Dated: July 5, 2023              FLOWE LEGAL, P.C.

By:  */s/ Sean J. Lowe*
        Sean J. Lowe

Attorneys for Plaintiff
CALIFORNIA SOUL FOOD COOKOUT AND FESTIVAL INC.