J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN 130333)
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
1939 Harrison Street, Suite 612
Oakland, California  94612
Tel.:   (510) 287-4160 / Fax: (510) 287-4161

Attorneys for Defendants
ALAMEDA COUNTY AGRICULTURAL FAIR ASSOCIATION
and COUNTY OF ALAMEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SOUL FOOD COOKOUT AND FESTIVAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY AGRICULTURAL FAIR ASSOCIATION, et al.,<br><br>Defendants. | Case No.:  4:23-cv-03008-KAW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS ALAMEDA COUNTY AGRICULTURAL FAIR ASSOCIATION AND COUNTY OF ALAMEDA** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there are no such interests to report.

Dated:    August 21, 2023                                          **ANDRADA & ASSOCIATES**

By  */s/ Lynne G. Stocker*
   J. RANDALL ANDRADA
   LYNNE G. STOCKER
   Attorneys for Defendants
   ALAMEDA COUNTY AGRICULTURAL FAIR ASSOCIATION and COUNTY OF ALAMEDA

1

{00126095.DOC/}CFSA 1255                                *California Soul Food Cookout and Festival, Inc. v. ACAFA, et al.*
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS